# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

SAMUEL VALLE-AGRONT,

    Petitioner,

v.                                      CASE NO. 5:15-cv-00261-MP-EMT

N C ENGLISH,

    Respondent.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 22, 2016. (Doc. 11). Before the Court count enter an order on the Report and Recommendation, Petitioner filed a notice of interlocutory appeal. (Doc. 12). Accordingly, this Court entered an order staying the matter until further action was taken by the Eleventh Circuit. (Doc. 16). The Eleventh Circuit has now ruled and dismissed the appeal for want of prosecution. (Doc. 18). Therefore, the Report and Recommendation is now ripe for review.

The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The Magistrate Judge's Report and Recommendation, Doc. 11, is adopted and

    incorporated by reference in this order.

2.  The petition for writ of habeas corpus, Doc. 1, is DENIED.

3.  The clerk is directed to close the file.

**DONE AND ORDERED** this  9th   day of May, 2016

           *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge